# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2021 KW 0584

VERSUS

WILL HENRY JACKSON

**OCTOBER 1, 2021**

---

In Re:   Will Henry Jackson, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 46627.

---

**BEFORE:   McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED.**

           **PMc**
           **JEW**
           **MRT**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT